# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINA DONAHUE**, *AS ADMINISTRATRIX OF THE ESTATE OF ANGEL MCINTYRE*, **ET AL.** <br><br> **v.** <br><br> **BOROUGH OF COLLINGDALE, ET AL.** | **CIVIL ACTION** <br><br> **NO. 22-1695** |

## ORDER RE: MOTION TO DISMISS

**AND NOW**, this 19th day of August, 2022, for the reasons stated in the accompanying memorandum, is it hereby **ORDERED** that Defendants' Motions to Dismiss (ECF 5 & 8) are **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-1695 Donahue v. Borough of Collingdale et al\22cv1695 Order Denying MTD.docx