IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Christina Donahue, as Administratrix of the Estate of Angel McIntyre, deceased, et al., | : : : | |
| Plaintiffs, | : : | Civil Action No.: 22-1695 |
| v. | : : | JURY TRIAL DEMANDED |
| Borough of Collingdale, et al. | : : | |
| Defendants. | : : | |

### ORDER

**AND NOW**, this  29th  day of  April , 2024, upon consideration of Plaintiff-Petitioner Christina Donahue, as Administratrix of the Estate of Angel McIntyre, deceased, and any response thereto, with the Court finding good cause shown, it is hereby **ORDERED** and **DECREED** that Petitioner-Plaintiff, Christina Donahue, is authorized to enter into a settlement on behalf of the Estate of Angel McIntyre, Deceased, with Defendants for the total settlement amount of Four Million Five Hundred Thousand Dollars ($4,500,000.00).

It is **FURTHER ORDERED** that the settlement proceeds totaling Four Million Five Hundred Thousand Dollars ($4,500,000.00) shall be distributed as follows:

| | | |
|---|---|---|
| **Gross Settlement** | | $4,500,000.00 |
| TO: | Grant & Eisenhofer P.A. Counsel Fees (40 %) | $1,800,000.00 |
| TO: | Grant & Eisenhofer P.A. Reimbursement of Costs | $91,408.41 |
| **Net Proceeds** | | $ 2,608,591.59 |

**Survival Action (25%)**

| | | |
|---|---|---|
| TO: | Estate of Angel McIntyre | **$ 652,147.91** |
| **Wrongful Death Action (75%)** | | **$1,956,443.68** |
| TO: | Christina Donahue | $978,221.84 |
| TO: | Christopher McIntyre | $978,221.84 |

All sums set forth above constitute damages on account of personal physical injuries or sickness arising from an occurrence within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

**BY THE COURT:**

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**